Byron L. Ames, Esq. (SBN 6100)
Ryan T. O'Malley, Esq. (SBN 12461)
**STONE KALFUS LLP**
8965 S. Eastern Ave., Suite 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
Byron.Ames@stonekalfus.com
Ryan.OMalley@stonekalfus.com
*Attorneys for Defendants, Leonardo Esquer Barreras*
*and Mohawks Transport, LLC*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KEANU CARDOZO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARDO ESQUER BARRERAS, an individual; MOHAWKS TRANSPORT LLC, a Foreign Limited-Liability Company; DOE DRIVERS 1-V, DOE OWNERS 1-V, ROE EMPLOYER and ROE COMPANIES,<br><br>Defendants. | Case No.:  2:25-cv-02625-DJA<br><br>**RENEWED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1, and the Court's June 8, 2026 Minute Order, Plaintiff Keanu Cardozo ("Plaintiff") and Defendants Leonardo Esquer Barreras and Mohawks Transport, LLC ("Defendants"), by and through their respective counsel of record, submit this Renewed Stipulated Discovery Plan and Scheduling Order.

        I.     **Fed. R. Civ. P. 26(f) Conference:** Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), the parties conferred on June 4, 2026. Charles E. Barnabi, Jr., Esq., on behalf of Defendants, Leonardo Esquer Barreras and Mohawks Transport, LLC, and Justin G. Schmidt, Esq., on behalf of Plaintiff Keanu Cardozo, participated in the conference.

1

II.    **Initial Disclosures:** Pursuant to Fed. R. Civ. P. 26(a)(1)(A), the parties will make their initial disclosures by June 18, 2026.

III.    **Areas of Discovery:** Discovery should include, but not be limited to, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

IV.    **Special Scheduling Review:** The parties request special scheduling review because the requested discovery period exceeds 180 days measured from the date the first defendant answered or otherwise appeared.

Defendants filed their Notice of Removal and Answer to Complaint on December 30, 2025. The parties request a 349-day discovery period measured from that date, with discovery closing on December 14, 2026. A 180-day discovery period measured from December 30, 2025, would expire in late June 2026, which would not allow sufficient time to complete discovery in light of the service-related procedural posture of this action.

Good cause exists for the requested schedule. Although an Answer was filed on December 30, 2025, Plaintiff continued efforts after removal to complete statutory service on Defendant Barreras. Plaintiff filed a notice of service through the Nevada Department of Motor Vehicles, a motion to extend the service deadline, and a declaration in compliance with NRS 14.070, and the Court extended the deadline to complete service to June 17, 2026. The parties held their Rule 26(f) conference on June 4, 2026, and initial disclosures are due June 18, 2026.

The proposed December 14, 2026, discovery cutoff gives the parties approximately 180 days from the extended service deadline to complete written discovery, third-party records discovery, party and witness depositions, medical and damages discovery, driver/company/vehicle-related discovery implicated by Plaintiff's claims, and expert discovery, which the parties believe will be sufficient to fully develop the record for trial.

V.    **Discovery Plan:**

1.    **Discovery Cut-Off Date:** Pursuant to LR 26-1(b)(1), the first defendant answered or otherwise appeared on December 30, 2025. The parties request 349 days for discovery measured from that date. Discovery shall be completed no later than December 14, 2026.

2.    **Amending the Pleadings and Adding Parties:** Pursuant to LR 26-1(b)(2), all motions to amend the pleadings or to add parties shall be filed not later than September 15, 2026, which is ninety days before the discovery cut-off date.

3.    **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Pursuant to LR 26-1(b)(3), initial expert disclosures shall be made by October 15, 2026, which is sixty days before the discovery cut-off date. Rebuttal expert disclosures shall be made by November 16, 2026, which is the first court day after thirty days after the initial expert disclosure deadline. The requirements of Fed. R. Civ. P. 26(a)(2) shall apply to all such disclosures.

4.    **Dispositive Motions:** Pursuant to LR 26-1(b)(4), dispositive motions shall be filed not later than January 13, 2027, which is thirty days after the discovery cut-off date. If the discovery cut-off date is extended, the deadline for dispositive motions shall be extended to thirty days after the new discovery cut-off date unless the Court orders otherwise.

5.    **Joint Pretrial Order:** Pursuant to LR 26-1(b)(5), the joint pretrial order shall be filed not later than February 12, 2027, which is thirty days after the dispositive-motion deadline. If dispositive motions are timely filed, the deadline for

filing the joint pretrial order shall be suspended until thirty days after decision on the dispositive motions or until further order of the Court.

6.      **Fed. R. Civ. P. 26(a)(3) Disclosures:** Pursuant to LR 26-1(b)(6), the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the joint pretrial order, unless the Court orders otherwise.

7.      **Extensions or Modifications of the Discovery Plan and Scheduling Order:** LR 26-3 governs any modification or extension of this discovery plan and scheduling order. Any stipulation or motion to extend a deadline set forth in this discovery plan and scheduling order must, in addition to satisfying LR IA 6-1, be supported by a showing of good cause and must be filed not later than twenty-one days before expiration of the subject deadline. Any stipulation or motion to extend the discovery cut-off date must be filed no later than November 23, 2026, which is twenty-one days before the discovery cut-off date.

VI.      **Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the scheduling order.

VII.      **Format of Discovery:** Pursuant to the electronic-discovery amendments to the Federal Rules of Civil Procedure, the parties addressed issues concerning the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to request such electronic data as discovery progresses.

VIII.      **Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation. The parties do not

believe formal alternative dispute resolution will assist the parties at this time, but will continue to evaluate whether ADR may be productive as discovery progresses.

IX.     **Alternative Forms of Case Disposition:** Pursuant to LR 26-1(b)(8), the parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. section 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program. The parties do not consent to trial by a magistrate judge at this time and do not consent to use of the Short Trial Program at this time. The parties will separately file the form provided at ECF No. 4 to decline consent to trial by a magistrate judge.

. . .

. . .

. . .

X.    **Electronic Evidence:** Pursuant to LR 26-1(b)(9), the parties certify that they met and conferred about the use of electronic evidence. The parties anticipate presenting evidence in electronic format to jurors for the purpose of jury deliberations and will continue to meet and confer on this issue as necessary.

Dated this 18th of June 2026.

Dated this 18th of June 2026.

**VAN LAW FIRM**

**STONE KALFUS LLP**

*/s/ Justin G. Schmidt*
JUSTIN G. SCHMIDT, ESQ.
Nevada Bar No. 10982
1290 S Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
justinschmidt@vanlawfirm.com
*Attorney for Plaintiff*

*/s/ Ryan T. O'Malley*
BYRON L. AMES, ESQ. (SBN 6100)
Nevada Bar No. 6100
RYAN T. O'MALLEY, ESQ.
Nevada Bar No. 12461
8965 S. Eastern Ave., Suite 260
Las Vegas, NV 89123
Byron.Ames@stonekalfus.com
Ryan.OMalley@stonekalfus.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___6/22/2026___