Byron L. Ames, Esq. (SBN 7581)
Ryan T. O'Malley, Esq. (SBN 12461)
**STONE KALFUS LLP**
8965 S. Eastern Ave., Suite 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
Byron.Ames@stonekalfus.com
Ryan.OMalley@stonekalfus.com
*Attorneys for Defendants, Leonardo Esquer Barreras*
*and Mohawks Transport, LLC*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KEANU CARDOZO, an individual, | Case No.:  2:25-cv-02625- JAD-DJA |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| | **MOTION FOR WITHDRAWAL OF** |
| LEONARDO ESQUER BARRERAS, an individual; MOHAWKS TRANSPORT LLC, a Foreign Limited-Liability Company; DOE DRIVERS 1-V, DOE OWNERS 1-V, ROE EMPLOYER and ROE COMPANIES, | **ATTORNEY CHARLES E. BARNABI, JR., ESQ.** |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

IT IS HEREBY ORDERED that Defendants' Motion for Withdrawal of Attorney Charles E. Barnabi, Jr., Esq. is GRANTED.

IT IS FURTHER ORDERED that Charles E. Barnabi, Jr., Esq. is withdrawn as counsel of record for Defendants Leonardo Esquer Barreras and Mohawks Transport LLC.

IT IS FURTHER ORDERED that Defendants remain represented by Byron L. Ames, Esq. and Ryan T. O'Malley, Esq. of STONE KALFUS LLP.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Charles E. Barnabi, Jr., Esq. from the CM/ECF service list in this matter.

**IT IS SO ORDERED**.

DATED: _____7/7/2026_____

_____
UNITED STATES MAGISTRATE JUDGE

4